```
 1  NINA F. LOCKER, State Bar No. 123838
    IGNACIO E. SALCEDA, State Bar No. 164017
 2  EVAN L. SEITE, State Bar No. 274641
    WILSON SONSINI GOODRICH & ROSATI
 3  Professional Corporation
    650 Page Mill Road
 4  Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
 5  Facsimile: (866) 974-7329
    Email:    nlocker@wsgr.com
 6            isalceda@wsgr.com
              eseite@wsgr.com
 7
    Attorneys for Defendants
 8  and Nominal Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEPHEN BUSHANSKY, derivatively and on Behalf of Nominal Defendant NUTANIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJIV RAMASWAMI, CRAIG CONWAY, MAX DE GROEN, VIRGINIA GAMBALE, STEVEN GOMO, DAVID HUMPHREY, GAYLE SHEPPARD, and BRIAN STEVENS, <br><br> Defendants, <br><br> and <br><br> NUTANIX, INC., <br><br> Nominal Defendant. | CASE NO.: 4:23-CV-02203-YGR <br><br> (Related to Case No.: 4:23-cv-01827-YGR) <br><br> **STIPULATION AND [**~~PROPOSED~~**] ORDER FOR STAY OF PROCEEDING** <br><br> Before: Hon. Yvonne Gonzalez Rogers |

STIPULATION FOR STAY OF PROCEEDING
AND [~~PROPOSED~~] ORDER
CASE NO.: 4:23-CV-02203-YGR

WHEREAS, on May 5, 2023, Plaintiff Stephen Bushansky ("Plaintiff") filed the instant derivative action (the "*Bushansky* Action") against Defendants Rajiv Ramaswami, Craig Conway, Max de Groen, Virginia Gambale, Steven Gomo, David Humphrey, Gayle Sheppard, and Brian Stevens (collectively, "Defendants") and Nominal Defendant Nutanix, Inc. ("Nominal Defendant" or "Nutanix") (together with Defendants and Plaintiff, the "Parties") alleging violations of Section 14(a) of the Securities Exchange Act of 1934, breach of fiduciary duties, aiding and abetting, and contributing to violations of Section 21D of the Securities Exchange Act of 1934 against Defendants;

WHEREAS, on April 14, 2023, Alexander Gorsline filed a securities class action, titled *Gorsline v. Nutanix, Inc.*, Case No. 4:23-cv-01827-YGR (the "*Gorsline* Action") against Nutanix and several individual defendants (the "*Gorsline* Defendants") alleging violations of Section 10(b), Rule 10b-5, and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, the *Gorsline* Defendants have filed an administrative motion to relate the *Gorsline* Action to the *Bushansky* Action because the actions concern substantially the same parties, property, transaction, or event, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges;

WHEREAS, on July 12, 2023, this Court ordered the *Gorsline* Action be related to the *Bushansky* Action;

WHEREAS, pursuant to service waivers duly executed, Defendants' and Nominal Defendant's responses to Plaintiff's complaint in the *Bushansky* Action is currently due on July 17, 2023;

WHEREAS, pursuant to the July 12, 2023 Clerk's Notice Setting the Case Management Conference, the Case Management Conference is scheduled for August 14, 2023;

WHEREAS, the Parties hereby jointly stipulate to stay the *Bushansky* Action pending the resolution of the *Gorsline* Action;

WHEREAS, no prior stipulation or request for an extension has been filed;

WHEREAS, this stipulation will promote the efficient and orderly administration of justice by coordinating the *Bushansky* Action with the *Gorsline* Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel and subject to the approval of the Court:

1. All proceedings in the *Bushansky* Action, including any obligation to respond to Plaintiff's complaint, all Case Management Conference deadlines and Alternative Dispute Resolution Multi-Option Program deadlines, and all discovery and disclosure obligations under the applicable local and federal rules, are hereby stayed unless and until the entry of an order denying in part or in full the motion to dismiss in the *Gorsline* Action, or a final order dismissing the *Gorsline* Action with prejudice.  The case management conference set for August 21, 2023 is VACATED.

2. The Parties agree that unless otherwise ordered by the Court, the terms of this Stipulation shall apply to shareholder derivative actions later instituted in, or transferred to, this Court that involve similar or related claims, or that are otherwise deemed related to the *Bushansky* Action.  The Parties agree that when a shareholder derivative action that properly belongs as part of the *Bushansky* Action is hereinafter filed in this Court or transferred to this Court, Counsel for Plaintiff shall serve and file an endorsed copy of this Order upon attorneys for plaintiff in the newly filed or transferred action.  The Parties agree that Counsel for Plaintiff shall also advise the attorneys for any plaintiff in any such newly filed or transferred shareholder derivative action that those attorneys must serve a copy of this Order on any new defendant(s) and file proof of service of this pre-trial Order with the Court.  The Parties agree that any objections to consolidation or application of the other terms of this Order to the newly filed shareholder derivative case shall be filed with the Court promptly, with a copy served on

Counsel for Plaintiff and on all Defendants. Unless otherwise ordered by the Court, the Parties agree that the terms of all orders, rulings, and decisions shall apply to all later related shareholder derivative actions instituted herein.

3. The Parties agree that notwithstanding this stay of the *Bushansky* Action, Plaintiff may file an amended complaint, although the Defendants shall be under no obligation to move, answer, plead, or otherwise respond to the amended complaint during the pendency of the stay.

4. Upon occurrence of any of (1) the dismissal of the *Gorsline* Action, with prejudice, and exhaustion of all appeals related thereto or (2) the denial of any motion to dismiss the *Gorsline* Action, then the Parties shall notify the Court within fifteen (15) court days and shall, within thirty (30) days, meet and confer and submit to the Court a proposed scheduling order governing further proceedings in the *Bushansky* Action, a stipulation continuing the stay, or a joint status report on the Parties' respective positions on continuing the stay.

5. Defendants shall notify Plaintiff should they become aware of any stockholder derivative lawsuit regarding the same allegations made in the *Bushansky* Action.

6. By entering into this Stipulation, the Parties reserve all their respective rights, claims, and defenses and no part of this stipulation shall be construed as a waiver of any rights, claims, or defenses.

Docket number 20 is terminated. Docket number 24 is DENIED AS MOOT and terminated.

Dated: July 13, 2023
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Ignacio E. Salceda*
Ignacio E. Salceda

*Attorney for Defendants
And Nominal Defendant*

| | | |
|---|---|---|
| 1 | Dated: July 13, 2023 | WEISS LAW LLP |
| 2 | | |
| 3 | | By: /s/ *Joel E. Elkins* |
| | | Joel E. Elkins |
| 4 | | |
| | | *Attorney for Plaintiff* |
| 5 | | *Stephen Bushansky* |

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I, IGNACIO E. SALCEDA, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDING.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Joel E. Elkins has concurred in this filing.

Dated:  July 13, 2023
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Ignacio E. Salceda*
Ignacio E. Salceda
isalceda@wsgr.com

*Attorney for Defendants
And Nominal Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: August 3, 2023

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE