1  Joel E. Elkins (SBN 256020)
   jelkins@weisslawllp.com
2  **WEISS LAW**
   611 Wilshire Blvd., Suite 808
3  Los Angeles, CA 90017
   Telephone: 310/208-2800
4  Facsimile:  310/209-2348

5  *Counsel for Plaintiff*

6  [Additional Counsel in Signature Block]

7

8                 **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN BUSHANSKY derivatively on behalf of Nominal Defendant NUTANIX, INC., | Civil Action No. 4:23-cv-02203-YGR |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| vs. | |
| RAJIV RAMASWAMI, CRAIG CONWAY, MAX DE GROEN, VIRGINIA GAMBALE, STEVEN GOMO, DAVID HUMPHREY, GAYLE SHEPPARD, and BRIAN STEVENS, | |
| Defendants, | |
| and | |
| NUTANIX, INC., | |
| Nominal Defendant. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | | | |
|---|---|---|---|
| Dated: December 18, 2023 | | **WEISS LAW** | |
| **OF COUNSEL:** | | By: | /s/ *Joel E. Elkins* |
| **WEISS LAW** | | | Joel E. Elkins |
| David C. Katz | | | 611 Wilshire Blvd., Suite 808 |
| Mark D. Smilow | | | Los Angeles, CA 90017 |
| 305 Broadway, 7th Fl. | | | Telephone: 310/208-2800 |
| New York, NY 10007 | | | Facsimile: 310/209-2348 |
| Telephone: (212) 682-3025 | | | |
| Facsimile: (212) 682-3010 | | | *Attorneys for Plaintiff* |
| Email: dkatz@weisslawllp.com | | | |
| msmilow@weisslawllp.com | | | |

-and-

Joshua M. Rubin
Jonathan Meer
4 Brighton Rd., Ste. 204
Clifton, NJ 07014
Email: jrubin@weisslawllp.com
jmeer@weisslawllp.com

- 2 -
NOTICE OF VOLUNTARY DISMISSAL